```
                                  FILED
                              2012 MAY -1  P 1:05
                              RICHARD W. WIEKING
                           CLERK, U.S. DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Application for Exemption from Electronic Public Access Fees by Jennifer Gollan and Shane Shifflett | CV 12 80 113 MISC<br>NOTICE OF HEARING REGARDING REVOCATION OF EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES |

On March 21, 2012, the Court issued an Order Granting Exemption from Electronic Public Access Fees to Jennifer Gollan ("Gollan") and Shane Shifflett ("Shifflett"), employees of The Bay Citizen. As the Court explained in that Order, the exemption was granted, *inter alia*, on the basis of Gollan and Shifflett's representation that The Bay Citizen is "a charitable and educational 501(c)(3) organization in California that is dedicated to informing and engaging the public with incisive research." As the Order also explained, 28 U.S.C. § 1914–which sets forth the Electronic Public Access Fee Schedule (the "Schedule") promulgated by the Judicial Conference–provides that "courts may, upon a showing of cause, exempt . . . section 501(c)(3) not-for-profit organizations" from payment of electronic public access fees. The Judicial Conference Policy states that courts "should not exempt . . . members of the media" from payment.

It has come to the Court's attention that Gollan and Shifflett, as employees of The Bay Citizen, may be "members of the media." Accordingly, on **April 30, 2012 at 9 a.m.**, in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA, the Court will conduct a hearing to determine whether the exemption should be revoked. Gollan and Shifflett are invited to appear at the hearing or to file an affidavit or declaration on or before **April 20, 2012**, showing cause, if any,

why their exemption from payment of electronic public access fees should not be revoked on the ground that they are members of the media.[1]

Dated: April 10, 2012

                                        *James Ware*
                                JAMES WARE
                                United States District Chief Judge

---

[1] See 28 U.S.C. § 1914 (explaining that exemptions "may be revoked at the discretion of the court granting the exemption").

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

Jennifer Gollan
The Bay Citizen
126 Post St.
Suite 500
San Francisco, CA 94108

Shane Shifflett
The Bay Citizen
126 Post St.
Suite 500
San Francisco, CA 94108

Dated: April 10, 2012                                    Richard W. Wieking, Clerk

                                                                                     By:    /s/ JW Chambers
                                                                                         Susan Imbriani
                                                                                          Courtroom Deputy

United States District Court
For the Northern District of California