UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

June 12, 2012

**CASE INFORMATION:**
Short Case Title:  IN RE: APPLICATION FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES BY JENNIFER GOLLAN AND SHANE SHIFFLETT-v- IN RE: APPLICATION FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES BY JENNIFER GOLLAN AND SHANE SHIFFLETT
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern District of California, San Francisco, Judge Ware
Criminal and/or Civil Case No.:  CV 12-80113 JW
Date Complaint/Indictment/Petition Filed: 5/1/12
Date Appealed order/judgment *entered* 5/16/12
Date NOA *filed* 6/12/12
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                           ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: none

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 6/12/12                Date Docket Fee Billed:
Date FP granted:                              Date FP denied:
Is FP pending? ☐ yes  ☐ no                                    Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                              Appellee Counsel:
Judy Alexander
Law Office of Judy Alexander
2302 Bobcat Trail
Soquel, California 95073
831-462-1692

Thomas R. Burke
David Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
415-276-6500


☐ retained   ☐ CJA   ☐ FPD  ☐ Pro Se  ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                  Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                         9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Gloria Acevedo</u>, 415-522-3080