

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

June 13, 2012

---

| | |
|---|---|
| No.: | 12-16373 |
| D.C. No.: | 3:12-mc-80113-JW |
| Short Title: | In re: Application for Exemption from Electronic |

---

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

In re: APPLICATION FOR
EXEMPTION FROM ELECTRONIC
PUBLIC ACCESS FEES BY JENNIFER
GOLLAN AND SHANE SHIFFLETT,

JENNIFER GOLLAN; SHANE
SHIFFLETT,

          Applicants - Appellants.

No. 12-16373

D.C. No. 3:12-mc-80113-JW
U.S. District Court for Northern
California, San Francisco

**TIME SCHEDULE ORDER**

---

The parties shall meet the following time schedule.

**Thu., September 20, 2012**    Appellant's opening brief and excerpts of record shall
be served and filed pursuant to FRAP 32 and 9th Cir.
R. 32-1.

**Failure of the appellant to comply with the Time Schedule Order will result in
automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

          FOR THE COURT:
          Molly C. Dwyer
          Clerk of Court

          Ruben Talavera
          Deputy Clerk